NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALEXANDER S. ORENSHTEYN,**
*Plaintiff*

**v.**

**CITRIX SYSTEMS, INC.,**
*Defendant-Appellee*

**v.**

**DAVID FINK, TIMOTHY W. JOHNSON,**
*Sanctioned Parties-Appellants*

---

2015-1056

---

Appeal from the United States District Court for the Southern District of Florida in No. 0:02-cv-60478-WJZ, Judge William J. Zloch.

---

## JUDGMENT

---

DAVID FINK, Fink & Johnson, Houston, TX, argued for appellants.

TIMOTHY J. ROUSSEAU, Goodwin Procter LLP, New York, NY, argued for appellee. Also represented by

DOUGLAS J. KLINE, Boston, MA; WILLIAM M. JAY, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LOURIE and LINN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

  July 15, 2015  
Date

/s/  Daniel  E.  O'Toole  
Daniel E. O'Toole  
Clerk of Court